

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of J.W. and B.W., children,    * From the 35th District Court
of Brown County,
Trial Court No. CV 1906254.

No. 11-21-00193-CV                              * February 17, 2022

                                                * Memorandum Opinion by Bailey, C.J.
                                                (Panel consists of: Bailey, C.J.,
                                                Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below.   Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.